Marla Fox (State Bar No. 349813)
ENVIRONMENTAL ADVOCATES
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: mfox@enviroadvocates.com

Attorneys for Plaintiff
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ECOLOGICAL RIGHTS FOUNDATION, | No. 2:25-cv-02057-DC-SCR |
|---|---|
| Plaintiff, | STATEMENT OF PLAINTIFF ECOLOGICAL RIGHTS FOUNDATION RE PARENT CORPORATIONS AND PUBLICLY HELD COMPANIES |
| v. | |
| LIBERTY UTILITIES (CALPECO ELECTRIC) LLC, | |
| Defendant. | |

Plaintiff Ecological Rights Foundation ("Plaintiff") states that it does not have any parent corporations or publicly held companies that own ten percent (10%) or more of its stock.

Date: August 6, 2025

Respectfully submitted,

/s/ Marla Fox
Marla Fox
Counsel for Ecological Rights Foundation

1